UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-09101-VBF (DSR)                              Date: March 5, 2026

Title   Steven Nworjih v. County of Los Angeles, et al.

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO KEEP COURT APPRISED OF CURRENT ADDRESS (LOCAL RULE 41-6)**

On February 9, 2026, mail served by the Clerk of Court on Plaintiff at his address of record (mail containing this Court's Order After Scheduling Conference) was returned by the Postal Service as undeliverable. Plaintiff has not filed with this Court any notice of change of address.

Local Rule 41-6 states as follows:
"***Dismissal - Failure of Pro Se Plaintiff to Keep Court Apprised of Current Address.*** A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address. If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute."

Plaintiff has not complied with his obligations under that Local Rule aimed at insuring that the Court is able to communicate with Plaintiff and serve on him orders and other mail. Plaintiff is therefore ORDERED TO SHOW CAUSE within 14 days of the date of this Order why this case should not be dismissed for failure to prosecute by failing to keep the Court apprised of his address. Plaintiff may comply with this Order by filing a notice of change of address with his current mailing address or by filing with the Court a sworn declaration showing

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-09101-VBF (DSR)                                    Date: March 5, 2026

Title      Steven Nworjih v. County of Los Angeles, et al.

other cause as to why this case should not be dismissed.  Plaintiff is expressly cautioned that if he fails to respond to this Order, the Court will recommend that this action be dismissed under Federal Rule of Civil Procedure 41(b), for Plaintiff's failure to prosecute.

The Clerk of Court is directed to serve a copy of this Order on Plaintiff at both his current mailing address of record (936 Albany St Apt. 22, Los Angeles, CA 90015) and by email to the email address provided in his most recent attempted filing (snworjih@gmail.com).

IT IS SO ORDERED.

**Initials of Preparer**        LK