**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN NWORJIH,<br><br>       Plaintiff,<br>   v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>     Defendants. | No. 2:25-cv-09101 VBF (DSR)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT (DOC. NO. 42)** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that:

1.  the Report and Recommendation of the Magistrate Judge (Doc. No. 54) is accepted and adopted;

2.  Defendants' Motion to Dismiss is DENIED as to Plaintiff's second claim for relief for unconstitutional conditions of confinement, with the express understanding that such claim may proceed under the Fourteenth Amendment, not the Eighth Amendment;

3.  Defendants' Motion to Dismiss is GRANTED without leave to amend as to Plaintiff's fourth claim for relief, but only to the extent it is a stand-alone

claim in addition to Plaintiff's other Section 1983 claims, and with the understanding that Plaintiff may continue to pursue his Section 1983 claims against the municipal Defendants under a <u>Monell</u> theory;

4. Defendants' Motion to Dismiss is GRANTED without leave to amend as to Plaintiff's claims for violation of Article I, sections 7 and 17 of the California Constitution, plead together as "Count V" in the Second Amended Complaint;

5. Defendants' Motion to Dismiss is DENIED as to Plaintiff's state tort claims (collectively "Count VI") for failure to comply with the claims-presentation requirement of the California Government Claims Act; and

6. Defendants' Motion to Dismiss is GRANTED without leave to amend as to Plaintiff's remaining claims insofar as they seek injunctive and declaratory relief, leaving Plaintiff to pursue only damages on such claims.

**IT IS SO ORDERED.**

DATED: July 13, 2026

_____

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

2